```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

ROBERT I. CAMPBELL,              *

    Plaintiff,               *

vs.                              *
                                        CASE NO. 4:21-CV-104 (CDL)

CHRISTINE WORMUTH,               *

    Defendant.               *

## O R D E R

Plaintiff filed this action on June 29, 2021. More than 90 days have passed, and Plaintiff has not filed a proof of service showing that Defendant has been served with a copy of the summons and complaint. Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, the court, after notice to the plaintiff, must dismiss the action without prejudice against the defendants or order that service be made within a specified time. Accordingly, Plaintiff is ordered to serve Defendant in accordance with the Federal Rules of Civil Procedure by October 19, 2021, and to file proof of that service by October 26, 2021. Failure to do so will result in the dismissal of Plaintiff's complaint against Defendant without prejudice.

IT IS SO ORDERED, this 28th day of September, 2021.

                                                      S/Clay D. Land  
                                                      CLAY D. LAND  
                                                      U.S. DISTRICT COURT JUDGE  
                                                      MIDDLE DISTRICT OF GEORGIA